WILLIAM LEVINE, RESPONDENT, v. ANNE BLUMENTHAL
ET AL., APPELLANTS.

Argued October 23, 1936—Decided January 22, 1937.

For the appellants, *Joseph Grossman*.

For the respondent, *Mortimer L. Mahler*.

PER CURIAM.

The facts, and the arguments thereon, adequately appear in the opinion of the Supreme Court, *ubi supra*. We find ourselves unable to perceive the distinction in principle or in essential facts, between this case and the recent decision of this court in *Haynes Auto Repair Co.* v. *Wheels, Inc.,* 115 *N. J. L.* 447, a unanimous decision of this court.

The judgment under review will be affirmed.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, CASE, BODINE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, COLE, JJ.   11.

*For reversal*—None.